IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:24CR48 |
| vs. | ) | |
| JOHANSSEN GONZALEZ-SULUB, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on defendant, Johanssen Gonzalez-Sulub's Motion to Continue Trial [40]. The defendant needs additional time to conduct plea negotiations. The court is advised that neither the government nor the co-defendant object to a continuance. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [40] is granted, as follows:

1. The jury trial now set for January 21, 2025, is continued to **February 18, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 18, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

DATED: December 17, 2024

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge